UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEB BLACK,

    Plaintiff,

v.

BRONSON HEALTH CARE GROUP, INC.,

    Defendant.
_____/

Case No. 1:24-cv-259

Hon. Hala Y. Jarbou

## ORDER

Defendant has filed two partial motions to dismiss—one on May 20, 2024 (ECF No. 5) and one on June 19, 2024 (ECF No. 14). Having reviewed both motions, it appears that the June 19, 2024 motion supersedes or subsumes the issues in the May 20, 2024 motion.

Accordingly,

**IT IS ORDERED** that Defendant's Partial Motion to Dismiss (ECF No. 5) is **DENIED as moot**.

Dated: June 27, 2024

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE