UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

---

DEB BLACK,

    Plaintiff,

v.

BRONSON HEALTH CARE GROUP, INC.,

    Defendant.

                                                 /

Case No. 1:24-cv-00259

HON. HALA Y. JARBOU

## **STIPULATION FOR DIMSISSAL WITH PREJUDICE**

    Plaintiff and Defendant, by their respective attorneys of record, hereby stipulate and agree that the above matter has been resolved between the parties and an Order may be entered dismissing the case with prejudice, with no costs being awarded to any part.

Dated:  November 12, 2024        By:    s/ Seth R. Lesser
                                                              Seth Richard Lesser
                                                              KLAFTER OLSEN & LESSER LLP
                                                              Two International Drive, Suite 350
                                                              Rye Brook, NY 10573
                                                              (914) 934-9200

                                                              Joseph Francis Scott
                                                              Kevin M. McDermott, II
                                                              SCOTT & WINTERS LAW FIRM, LLC
                                                              11925 Pearl Road, Suite 310
                                                              Strongsville, OH 44136
                                                              (216) 912-2221

                                                              *Attorneys for Plaintiff*

Dated: November 12, 2024         By:    s/ Rebecca L. Straus
                                                               Rebecca L. Strauss (P64796)
                                                              Matthew M. O'Rourke (P79019)

2

                                              MILLER JOHNSON
                                              *Attorneys for Defendant*
                                              Radisson Plaza Hotel & Suites
                                              100 West Michigan Avenue, Suite 200
                                              Kalamazoo, MI 49007
                                              (269) 226-2986

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

---

DEB BLACK,

    Plaintiff,

v.

BRONSON HEALTH CARE GROUP, INC.,

    Defendant.

_____/

Case No. 1:24-cv-00259

HON. HALA Y. JARBOU

**ORDER FOR DISMISSAL WITH PREJUDICE**

The Court having read the stipulation of the parties and being fully advised in the premises,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice, with no costs being awarded to any party.

Dated: November 13, 2024

/s/ Hala Y. Jarbou
HALA Y. JARBOU
Chief United States District Judge